# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

**Kovner, J**
**Bloom, MJ**

Case No. _____ **1:23-cv-09064**
*(to be filled in by the Clerk's Office)*

Hakim Mitchell (Agent)

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

1) PNC FINANCIAL SOLUTIONS GROUP, INC.
2) BANK OF AMERICA CORPORATION.
3) NAVY FEDERAL CREDIT UNION.
4) NATIONAL GRID USA SERVICE COMPANY,
   INC.
6) CONSOLIDATED EDISON COMPANY OF
   NEW YORK
7) NYC DEPARTMENT OF ENVIRONMENTAL
   PROTECTION.
8) THE HOME DEPOT.

Jury Trial: *(check one)* ☐ Yes ☑ No

RECEIVED DEC 1 1 2023 PRO SE OFFICE

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.   The Parties to This Complaint

Page of 6

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Hakim Mitchell (Agent) |
| Street Address | 282 Montauk Avenue |
| City and County | Brooklyn |
| State and Zip Code | New york 11208 |
| Telephone Number | (718) 277-4586 |
| E-mail Address | herm.mitchell@gmail.com, info@hakimacquisitions.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PNC FINANCIAL SOLUTIONS GROUP, INC. |
| Job or Title *(if known)* | BANK/ Corporation |
| Street Address | The Tower at PNC Plaza 300 Fifth avenue |
| City and County | Pittsburgh, USA |
| State and Zip Code | Pennsylvania  15222 |
| Telephone Number | 1 (888) 762-2265 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | NAVY FEDERAL CREDIT UNION |
| Job or Title *(if known)* | BANK/ Corporation |
| Street Address | 820 Follin Lane SE |
| City and County | Vienna, USA |
| State and Zip Code | virginia 22180 |
| Telephone Number | (888) 233-3577 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | BANK OF AMERICA CORPORATION |
| Job or Title *(if known)* | BANK/ Corporation |
| Street Address | Bank of America Corporate Center 100 North Tryon Street |
| City and County | Charlotte |
| State and Zip Code | NC 28255 |
| Telephone Number | (704) 386- 5681 |
| E-mail Address *(if known)* | i_r@bofa.com |

Defendant No. 4

| | |
|---|---|
| Name | NATIONAL GRID USA SERVICE COMPANY, INC. |
| Job or Title *(if known)* | Utilities |
| Street Address | 59-17 Junction Blvd |
| City and County | Queens |
| State and Zip Code | New York 11368 |
| Telephone Number | (718) 595-7000 |
| E-mail Address *(if known)* | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question             ☐ Diversity of citizenship

**Additional pages for defendants:**

Defendant No. 5

| | |
|---|---|
| Name | NYC DEPARTMENT OF ENVIRONMENTAL PROTECTION. |
| Job or Title *(if known)* | Utilities |
| Street Address | 59-17 Junction Blvd |
| City and County | Flushing USA |
| State and Zip Code | New York 11373 |
| Telephone Number | (718) 959-7000 |
| E-mail Address *(if known)* | |

Defendant No. 6

| | |
|---|---|
| Name | HOME DEPOT |
| Job or Title *(if known)* | Consumer Credit |
| Street Address | 2455 Paces Ferry Road South |
| City and County | Atlanta USA |
| State and Zip Code | Gorgeia 30339-4024 |
| Telephone Number | (770) 433-8211 |
| E-mail Address *(if known)* | |

Defendant No. 7

| | |
|---|---|
| Name | CONSOLIDATED EDISON COMPANY OF NEW |
| Job or Title *(if known)* | Utilities |
| Street Address | 300 Erie Boulevard West |
| City and County | Syracuse USA |
| State and Zip Code | New York 13202 |
| Telephone Number | 800-642-4272 |
| E-mail Address *(if known)* | ConsumeradvocatesUNY@nationalgrid.com |

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

violation of the Federal Reserve act, Violation of bills of exchange Act.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff,   Hakim Mitchell (agent)   , is a citizen of the
    *(name)*

    State   NEW YORK   .
    of *(name)*

    b.  If the plaintiff is a corporation

    The plaintiff,   HAKIM MITCHELL (PRINCIPLE)   , is incorporated
    *(name)*

    under the laws of the State of   NEW YORK   ,
    *(name)*

    and has its principal place of business in the State of *(name)*

    NEW YORK   .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant,
    *(name)*

    the State of                                           . Or is a citizen of
    *(name)*

    *(foreign nation)*

    b.  If the defendant is a corporation

    The defendant,   NAVY FEDERAL CREDIT UNION
    *(name)*

Page of 6

*(name)*

the laws of the State of   VIRGINIA

of *(name)*

principal place of business in the State   VIRGINIA

*(foreign nation)*

Or is incorporated under the laws of

in *(name)*

and has its principal place of business

providing the

*(If more than one defendant is named in the complaint, attach an additional page same information for each additional defendant.)*

3.  The Amount in Controversy

amount at

The amount in controversy—the amount the plaintiff claims the defendant owes or the stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$45,000,000 FOR EACH COMPANY WITCH IS (8)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a  short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Hakim Mitchell as (Agent)  to HAKIM MITCHELL (Principle) has a contractual agreement; defendants did not kept or uphold their agreement. Breach of contract, breach of fiduciary duties and securities fraud.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include   the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff Hakim Mitchell as (agent) seeking relief from each defendant(s) to apply the principle balance to the principal account for set off each and every month, claming all titles and interest and equity owed.

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

    c.    If the defendant is a corporation

The defendant, *(name)* PNC FINANCIAL SOLUTIONS GROUP, is incorporated under the laws of the State of *(name)* PENNSYLVANNIA, and has its principal place of business in the State of *(name)* PENNSYLVANNIA

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

    d.    If the defendant is a corporation

The defendant, *(name)* NAVY FEDERAL CREDIT UNION, is incorporated under the laws of the State of *(name)* VIRGINIA, and has its principal place of business in the State of *(name)* VIRGINIA

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

    e.    If the defendant is a corporation

The defendant, *(name)* HOME DEPOT, is incorporated under the laws of the State of *(name)* ATLANTA, and has its principal place of business in the State of *(name)* ATLANTA

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

*(name)*

*(name)*

*(name)*

*nation)*

*(name)*

    f.    If the defendant is a corporation

The defendant, *(name)*   BANK OF AMERICA CORPORATION

the laws of the State of   NORTH CAROLINA  , and has its

principal place of business in the State of   NORTH CAROLINA

Or is incorporated under the laws of *(foreign* _____,

and has its principal place of business in _____.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/7/2023

Signature of Plaintiff: *Hakim Mitchell*

Printed Name of Plaintiff: Hakim Mitchell

#### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

## Jurisdictional Statement

Hakim Mitchell (hereinafter Plaintiff or Agent) as Agent, a natural person living flesh and blood for the principal debtor: HAKIM MITCHELL, Also known as implied surety for HAKIM MITCHELL. Alleges as follows against defendants, Navy Federal Credit Union. PNC Financial Services Group Inc. Bank of America Corporation. National Grid USA Service Company, Inc. Consolidated Edison Company of New York City, Inc. New NYC Department of Environmental Protection, and Home Depot. This court has jurisdiction due to diversity of citizenship under 28 USC 1332 (a) furthermore due to Federal question arising from US law 28 USC 1331.

## Statement Claim

(1) Breach of fiduciary duties. Wrongfully Retaining and misuse of endorse coupons and failure to credit the principal's balance when receiving tendering of payment for more than three months.

(2) violation of the Federal Reserve Act.

(3) This is an action against corporation(s) who have committed securities fraud.

## Count One - Breach of Fiduciary Duties

On September 5th, 2023. Plaintiff Hakim Mitchell (agent) sent in certified mail, fully endorsed payment coupon with restrictive endorsement along with the Federal Reserve Act Section 16. and a durable power of attorney Notarize on behalf of the (principal) HAKIM MITCHELL, Meeting all federal legal requirements, done in good faith. The plaintiff did not receive a response from the defendants.

On September 25th, 2023. The defendants were informed of their violation of the Federal Reserve Act, Section 16 And 29 stating civil fines and penalties $5000 forTier1, and For tier 2. Notwithstanding Section (A) 25,000 for each day, which such violation, practice or breach continues and third tier notwithstanding Sub (A) and (B). $1,000,000 or 1% of the total assets of such member bank for each day during which such violation continues. This was certified mailed, along with endorsed Coupon bill with restrictive endorsement. Plaintiff Hakim Mitchell (agent) did not receive any response from the defendants.

### Count Two - Violation of the Federal Reserve Act

All defendants violated "Section 16 note issues. Issuance of Federal Reserve Notes Nature of Obligation Where redeemable Federal Reserve Notes to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal Reserve Bank through the Federal Reserve Agent as here and after set forth and for no other purpose. Therefore Hakim Mitchell "plaintiff" is not a federal agent.

### Count Three - Securities Fraud

On October 23rd, 2023. The plaintiff, Hakim Mitchell (agent). Sent another certified mail to the defendants on behalf of the principal HAKIM MITCHELL with restrictive endorsed bill along with the Federal Reserve Act, Section 16 and 29, as well as the durable power of attorney for the (Pinciple) HAKIM MITCHELL. Defendants did not comply and kept tinder of payment. This law is violated under the UCC 3-603 (b) witch states that if tender of payment is refused it is to be discharged.

## Injuries

Plaintiff has suffered injuries such as depression, anxiety unable to use credits that is due to Bank of america closing credit card account without notice defendants refusing tender of lawful payment

## Relief

Plaintiff HAKIM MITCHELL respectfully requesting the courts-

A) To award damages to the plaintiff who is seeking 45,000,000 million in from each defendant.
B) Seeking relief from each defendant(s) to apply the principle balance to the principal account for set off each and every month done in good faith, claiming all titles and interest and equity owed to the principle without adverse closing accounts
C) Grant any relief courts deemed as proper

I Hakim Mitchell (agent) will comply with all Federal rules of civil procedures done in good faith.

Respectfully,

Haklm Mitchell, agent, attorney in Fact

282 Montauk Avenue Brooklyn, New York  11208

Email address herm.mitchell@gmail.com

Cell 718-277-4586

*Hakim Mitchell*